**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   FELICIA HOWARD                              CASE NO: 08-23736
                                                     CHAPTER 13

         DEBTORS(S)                                  JUDGE:  JANET S BAER

                                                     NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   REPUBLIC CREDIT ONE

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0005 | 9345 | $ 26,881.31 | $ 26,881.31 | $ 26,881.31 |

Total Amount Paid the Trustee                                          $  26,881.31

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-23736

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 11th day of    September, 2012.

Debtor(s)                                                                    Debtors Attorney

FELICIA HOWARD                                                    MARTIN J OHEARN
14909 S EDBROOKE AVE                                          10047 S WESTERN AVE
DOLTON IL 60419                                                      CHICAGO IL 606430000


Mortgage Arrearage Creditor

REPUBLIC CREDIT ONE
3214 W PARK ROW DR
ARLINGTON TX 76013



Electronic Service US Trustee


Date: September 11, 2012                              /s/ Tom Vaughn

                                                                        Tom Vaughn, Chapter 13 Trustee
                                                                        Chapter 13 Trustee
                                                                        55 East Monroe Street, Suite 3850
                                                                        Chicago, Ill   60603